THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 13-00037-RAJ |
| Plaintiff, | |
| v. | ORDER GRANTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL |
| MICHAEL SURYAN, | |
| Defendant. | |

The Court having considered the Defendant's Motion for Withdrawal and for Substitution of Counsel, and the accompanying sealed declaration of counsel, and finding good cause, hereby

ORDERS that Defendant's Motion for Withdrawal and Substitution of Counsel (Dkt. #227) is GRANTED. The Federal Public Defender, and Assistant Federal Public Defender Jennifer E. Wellman are permitted to withdraw as defense counsel in this matter, and new defense counsel shall be appointed to represent the defendant from the CJA panel.

Withdrawing counsel shall notify the CJA panel coordinator immediately of this Order.

DATED this 27th day of December, 2018.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING WITHDRAWAL
AND SUBSTITUTION OF COUNSEL
(Michael Suryan; CR13-037RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**